
Case 1:23-cv-09692-JGLC   Document 29   Filed 02/08/24   Page 1 of 1




**John M. Magliery**
212.603.6444 tel
212.379.5212 fax

johnmagliery@dwt.com

February 6, 2024

Application GRANTED. The initial pretrial conference previously scheduled for February 13, 2024 is hereby adjourned *sine die*. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.

**By ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dated: February 7, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re:   *Jiangxi Zhengao Recycled Textile Indus. Co. Ltd. v. Amazon.com Services, LLC et al.*,
      Case No. 1:23-cv-09692-JGLC

Dear Judge Clarke:

This firm is counsel to Respondents Amazon.com Services LLC and Amazon.com, Inc. (collectively, "**Amazon**").  We write to respectfully request that the Initial Pre-Trial Conference ("**IPTC**") in this matter, currently scheduled for February 13, 2024, be adjourned until such time as the Court rules on the pending motion to dismiss.

As the Court is aware, Plaintiff brought an application for a TRO to restrain the issuance of an award by an arbitrator in a proceeding already pending between the parties, which the Court denied.  Subsequently, on January 25, 2024, Amazon moved to dismiss this action.  Pursuant to the schedule suggested by the parties and ordered by the Court, briefing will be finalized on February 29, 2024.

The parties respectfully suggest that, given the arguments at issue in the motion and that the arbitrator has issued a final award while this action is pending, the Court's decision on the motion should occur before the need to plan or engage in discovery.  Plaintiff, through counsel, consents to this request.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*John M. Magliery*

John M. Magliery

cc:     All counsel of Record (by ECF)

4854-5630-7363v.1 0051461-006264